IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SCOTTIE LEE GRAVES,           )
                              )
                  Petitioner, )
                              )
         v.                   )   1:17CV191
                              )
UNITED STATES OF AMERICA,     )
                              )
                  Respondent. )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a prisoner of the State of North Carolina with a lengthy history of frivolous and meritless litigation in this Court, submitted a filing in which he primarily seeks expungement of those previous cases from this Court's records and claims his rights under the United States Constitution are being violated because his past frivolous filings make current and future filings more difficult. Out of an abundance of caution, the Court treated the filing as one under Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). For the following reasons, the Complaint cannot be further processed.

1. The filing fee was not received, nor was an affidavit to proceed *in forma pauperis* submitted and signed by Petitioner.

2. The Complaint is not on forms prescribed for use by this Court, nor is the information requested by such forms and necessary to process the Complaint pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission. See LR 7.1(e).

3. Plaintiff does not appear to state any viable claim for relief. He chose to make the past frivolous filings and is now statutorily restricted in his filing under 28 U.S.C. § 1915 based on his own actions. He claims that he has now completed certain legal courses and will make better filings in the future. However, even if true, this does not change the applicable statutory restrictions or provide a basis to expunge or otherwise ignore or remove the past filings. They are, and will remain, a part of the Court's records.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present Complaint. To further aid Plaintiff, the Clerk is instructed to send Plaintiff six § 1983 forms, which he requests, as well as instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)). Plaintiff also requests six copies of forms for filing under 28 U.S.C. § 2254, which the Clerk will provide him. Finally, Plaintiff requests a "U.S. Marshals Services Application." It is somewhat unclear what form he is specifically requesting, but it may be a form requesting that the Marshals serve a summons. If so it is unnecessary. Plaintiff has no case pending in this Court in need of service and, if he files one in the future, the Court will order service by the Marshals.

In addition to Plaintiff's requests for forms, he also asks that the Court order local authorities to provide him with access to legal materials. As the Court informed him previously, he must file a proper lawsuit to seek such relief.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send

2

Case 1:17-cv-00191-NCT-JLW    Document 2    Filed 03/15/17    Page 2 of 3

Plaintiff the § 1983 and § 2254 forms he requests, along with the appropriate instructions, current applications to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

IT IS FURTHER ORDERED that Petitioner's requests for a "U.S. Marshals Services Application" and an order that local authorities provide him with legal materials are denied for the reasons stated.

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new action or actions, on the proper forms, which correct the defects cited above.

This, the 15th day of March, 2017.

Joe L. Webster
United States Magistrate Judge