IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SCOTTIE LEE GRAVES,                )
                                   )
        Petitioner,                )
                                   )
    v.                             )    1:17CV191
                                   )
UNITED STATES OF AMERICA,          )
                                   )
        Respondent.                )

**ORDER**

The Order and Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on March 15, 2017, was served on the parties in this action. Petitioner has not filed objections to the Recommendation. The court therefore adopts the Magistrate Judge's recommendation.

Petitioner has, however, filed a motion [Doc. #4] entitled "Pro se Motion to Access "ALL" Movant Chattel Papers of Strawman in Public Records Pursuant to 5 U.S.C. 552(a), 5 U.S.C. 702, 28 U.S.C. 1915 as an Indigent, without cost (28 U.S.C. 752(f)) with Order Request Access to Legal Material/Law Library for Impartiality, to Cognizably Proceed in Above Captioned Present & Prior Chattel Records with Extension of Time, inter alia." (Docket Entry 4.) In this motion, Petitioner seeks a number of forms

of relief, none of which are merited.  This motion will be denied for lack of good cause having been shown.

**IT IS THEREFORE ORDERED** that Petitioner's motion [Doc. #4] is denied for lack of good cause having been shown.

**IT IS FURTHER ORDERED** that this action be filed and dismissed *sua sponte* without prejudice to Petitioner filing a new action or actions, on the proper forms, which correct the defects cited in the Recommendation. A judgment dismissing this action will be entered contemporaneously with this Order.

This the 30th day of August, 2017.

/s/ N. Carlton Tilley, Jr.<br>Senior United States District Judge